G. H. HAULENBECK ADVERTISING AGENCY, Respondent, v. WEIDENFELD, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by the G. H. Haulenbeck Advertising Agency against Camille Weidenfeld. T. Cleveland, for appellant. D. Edwards, for respondent. No opinion. Judgment and order affirmed, with costs.

In re GLOVER et al. (Supreme Court, Appellate Division, Second Department. June 20, 1901.) In the matter of the application of Frank Glover and George W. Glover to disbar Alvaro J. Adams. No opinion. Order to show cause denied, without prejudice to the right to move in the regular form.

GOMEZ, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Margaret Gomez against the Metropolitan Street Railway Company. T. P. Wickes, for appellant. C. F. Brown, for respondent. No opinion. Judgment affirmed, with costs.

GONOROVSKY, Respondent, v. DRY DOCK, E. B. & B. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Joseph Gonorovsky against the Dry Dock, E. B. & B. Railroad Company. C. F. Brown, for appellant. J. J. O'Connell, for respondent. No opinion. Judgment and order affirmed, with costs.

GRAY v. SANDS. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Charles N. Gray against Joshua Sands. No opinion. Upon payment of $50 costs, motion denied.

GULVIN v. MOEBUS, Com'r. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Martin H. Gulvin against August Moebus, commissioner. No opinion. Motion granted, with $10 costs.

GUTSCHOW, Appellant, v. GUTSCHOW et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 11, 1901.) Action by John Gutschow against Caroline Gutschow and others. No opinion. Judgment affirmed, with costs. Order denying motion for new trial affirmed, without costs.

In re HALL. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) In the matter of the accounting of Lewis B. Hall, as administrator, etc., of Susan Benedict, deceased. No opinion. Motion denied.

HANSEN, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Johan Hansen against the Third Avenue Railroad Company. E. Treadwell, for appellant. C. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs.

71 N.Y.S.—72

HARDT et al. v. SCHUYLKILL PLUSH & SILK CO. et al. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Engelbert Hardt and others against the Schuylkill Plush & Silk Company and others. I. L. Ernst, for appellants. E. Blumentiel, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re HARRIS. (Supreme Court, Appellate Division, Fourth Department. June 19, 1901.) In the matter of the petition of George H. Harris to remove from office Nelson Rounsevell, a justice of the peace of the town of Cuba, N. Y. No opinion. Motion to dismiss proceeding and to strike out certain allegations from the petition denied, with reference to Henry G. Danforth, Esq., an attorney and counselor residing in the city of Rochester, N. Y., to take the proofs and report to the court, with his opinion.

HART, Respondent, v. BACHE et al., Appellants. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Henry Hart against Jules S. Bache and others. H. Nathan, for appellants. L. J. Morrison, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HARVEY, Appellant, v. GREGG, Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by William Harvey against William T. Gregg. No opinion. Judgment of the county court of Westchester county affirmed, with costs.

HENRY, Appellant, v. ROWELL, Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by John F. Henry against George P. Rowell, as executor, etc., of Arethusa L. Forbes, deceased. No opinion. Judgment and order (64 N. Y. Supp. 488) affirmed, on the opinion of GAYNOR, J., with costs.

HEYSER et al., Appellants, v. PETERSON, Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by Silas Heyser and others against Charles G. Peterson. No opinion. Judgment affirmed on the law and facts, with costs.

HIDDEN, Respondent, v. KREISER, Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Thomas B. Hidden against Bernard Kreiser. J. A. Douglas, for appellant. G. S. Hamlin, for respondent. No opinion. Judgment affirmed, with costs.

HOAGLAND et al., Respondents, v. DIAMOND MILLS PAPER CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Charles T. Hoagland and another against the Diamond Mills Paper Company and another. R. Dulon, for respondents. No opinion. Judgment affirmed, with costs.

HOLTON, Respondent, v. ROBINSON, Appellant (No. 1). (Supreme Court, Appellate

## 1138

Division, Second Department. June 20, 1901.) In the matter of proceedings supplementary to execution by Ernest H. Holton against Benjamin Robinson. No opinion. Order appealed from affirmed by default, with $10 costs and disbursements.

HOLTON, Respondent. v. ROBINSON, Appellant (No. 2). (Supreme Court, Appellate Division, Second Department. June 20, 1901.) In the matter of proceedings supplementary to execution by Ernest H. Holton against Benjamin Robinson. No opinion. Appeal dismissed, with $10 costs and disbursements.

HOUGHTON, Respondent, v. DE HART et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 20, 1901.) Action by Frank R. Houghton against John De Hart, impleaded with others. No opinion. Orders affirmed, with $10 costs in one appeal and disbursements in both.

In re HOWARD. (Supreme Court, Appellate Division, First Department. June 21, 1901.) In the matter of Annie Howard, as executrix. No opinion. Order affirmed, with $10 costs and disbursements.

IMMERGLUCK, Respondent, v. CENTRAL CROSSTOWN R. CO., Appellant. (City Court of New York, General Term. May, 1901.) Appeal from judgment for the plaintiff upon a verdict and from an order denying the defendant a new trial. The action was for personal injuries sustained while boarding a car of the defendant. Edward D. O'Brien, for appellant. Frank Herwig, for respondent.

HASCALL, J. A careful reading of the testimony forces the conclusion that the verdict is palpably against the weight of evidence and made to punish the defendant. This view is borne out by the positive statements of an entirely disinterested witness, who saw the plaintiff fall before the car passed and without reaching the car, and by three other disinterested witnesses, who testify of her admissions, directly after the accident, that she turned her ankle, slipped, and fell while on her way from the curb out to the car. The defendant has a good exception in the refusal upon motion to direct a verdict, which motion, we think, should have been granted upon all the evidence, which establishes the preponderance clearly in defendant's favor. Judgment and order should be reversed, and new trial ordered, with costs to appellant to abide the event. O'DWYER, J., concurs.

IMPERIAL SHALE BRICK CO. v. JEWETT. (Supreme Court, Appellate Division, Fourth Department. June 4, 1901.) Action by the Imperial Shale Brick Company against Edgar B. Jewett. No opinion. Motion to amend order granted, and order settled and filed with the clerk.

INSURANCE CO. OF NEW YORK v. ASSOCIATED MANUFACTURERS' MUT. FIRE INS. CO. (Supreme Court, Appellate Division, First Department. June 14, 1901.) Action by the Insurance Company of New York against the Associated Manufacturers' Mutual Fire Insurance Company. No opinion. Motion denied, upon payment of $10 costs, and, on payment of $10 additional costs, leave given to apply to court below to open default.

JACKSON, Respondent, v. JACKSON et al., Appellants. (Supreme Court, Appellate Division, First Department. June 21, 1901.) Action by Ebenezer C. Jackson against William H. Jackson and others. C. B. Alexander, for appellants. A. C. Smith, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

JACOBS v. AMERICAN MINERAL WATER MACH. CO. et al. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Emanuel Jacobs against the American Mineral Water Machine Company and others. No opinion. Case stricken from calendar.

JEWELL, Appellant, v. McINTYRE et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 20, 1901.) Action by Ora M. Jewell against Thomas A. McIntyre and others. No opinion. Order (70 N. Y. Supp. 826) resettled by providing that the judgment shall be affirmed, without costs, but with disbursements in favor of each of the respondents who have appeared on the appeal.

JONES, Appellant, v. JONES, Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by Emma L. Jones against Willard H. Jones. No opinion. Judgment affirmed, with costs.

KEEGAN et al. v. SMITH. (Supreme Court, Appellate Division, First Department. June 14, 1901.) Action by James Keegan and others against John Smith, impleaded. No opinion. Motion granted.

KEELER, Appellant, v. ONONDAGA COUNTY SAV. BANK, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 19, 1901.) Action by William M. Keeler against the Onondaga County Savings Bank.

PER CURIAM. Order appealed from so far modified as to award to the plaintiff full costs of opposing the motion for a new trial upon a case and exceptions, to abide event of the action, instead of $10 motion costs, and, as thus modified, affirmed, without costs of this appeal to either party.

KEIRNS v. NEW YORK & H. R. CO. (Supreme Court, Appellate Division, First Department. June 14, 1901.) Action by John Keirns against the New York & Harlem Railroad Company. No opinion. Motion granted.

KELLY, Respondent, v. ROOSEVELT, Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by